DISMISS; Opinion issued January 29, 2013



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-00627-CV

---

## DARIAN BROUSSARD, Appellant
### V.
## DEUTSCHE BANK NATIONAL TRUST CO., Appellee

---

### On Appeal from the County Court at Law No. 5
### Dallas County, Texas
### Trial Court Cause No. CC-11-08340-E

---

## OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated May 14, 2012, we notified appellant the $175 filing fee in this case was due. We directed appellant to pay the fee within ten days and cautioned appellant that failure to do so would result in dismissal of the appeal. Also by letter dated May 14, 2012, we notified appellant that a docketing statement had not been filed. We directed appellant to file a docketing statement within ten days. We cautioned appellant that failure to do so might result in the dismissal of this appeal.

To date, appellant has not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b),(c).

CAROLYN WRIGHT
CHIEF JUSTICE

120627F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

Darian Broussard, Appellant

No. 05-12-00627-CV      V.

Deutsche Bank National Trust Co., Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-11-08340-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Deutsche Bank National Trust Co. recover its costs of this appeal from appellant Darian Broussard.

Judgment entered this January 29, 2013.

_____
CAROLYN WRIGHT
CHIEF JUSTICE